# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| OUCHO SAELEE and LAI CHIEM SAELEE,<br><br>                    Petitioners,<br><br>         v.<br><br>JULIO HERNANDEZ et al,<br><br>                    Respondents. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:26-cv-00735-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Petition for Writ of Habeas Corpus (Dkt. No. 1) is GRANTED IN PART and DENIED IN PART.

(2)     The Court finds it lacks the authority to grant relief as to Petitioners' request to enjoin Respondents from detaining Petitioners "without advance notice of at least six months to one year, a hearing before a neutral decisionmaker, and a showing that detention is necessary to secure their removal" (Dkt. No. 1 at 28) and, therefore, DENIES Petitioners' request.

(3)     The Court GRANTS Petitioners' request to enjoin Respondents from detaining Petitioners at their upcoming ICE check-in.

(4)     Respondents and all their officers, agents, employees, attorneys, and persons acting on their behalf or in concert with them are hereby ENJOINED from:

    (a)    detaining Petitioners at any ICE check-in unless Petitioners have been informed in advance of the planned detention and the reasons for detention.

    (b)    detaining Petitioners at any time before travel documents to Laos have been obtained for Petitioners, pursuant to Respondents' representations.

Dated June 30, 2026.

s/Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk